O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.    ED CV 08-01577-SGL(OPx)                                     Date:  December 17, 2008

Title:    ANDRE ROBINSON AND DENISE REHFELD -v- CALIFORNIA RECONVEYANCE COMPANY, ET AL.
==========================================================================
PRESENT:  HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

       Jim Holmes                                   None Present
       Courtroom Deputy Clerk               Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

None present                                None present

PROCEEDINGS:    ORDER SUMMARILY DISMISSING RICO CLAIM

     On November 25, 2008, the Court issued an Order requiring plaintiffs to file a RICO case statement within fourteen days.  In the Order the Court warned plaintiffs that failure to file said case statement by the time specified would be deemed by the Court as their withdrawal of said claim and would result in the automatic summary dismissal of the RICO claim in their complaint.  The date for filing has come and gone and no RICO case statement has been filed.

     Accordingly, the Court hereby DISMISSES the RICO claim in the complaint.

     IT IS SO ORDERED.